ALEXANDER G. CALFO (SBN 152891)
alexander.calfo@btlaw.com
GABRIELLE J. ANDERSON-THOMPSON (SBN 247039)
gabrielle.anderson-thompson@btlaw.com
SARAH E. JOHNSTON (SBN 259504)
sarah.johnston@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone:   (310) 284-3880
Facsimile:    (310) 284-3894

JAMES F. MURDICA (Admitted *pro hac vice*)
jfmurdica@pbwt.com
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, New York 10036
Telephone:   (212) 336-2921
Facsimile:    (212) 336-2222

Attorneys for Defendants
JOHNSON & JOHNSON; JANSSEN RESEARCH &
DEVELOPMENT, LLC (formerly known and incorrectly
named as "Johnson & Johnson Pharmaceutical Research &
Development, LLC"); JANSSEN PHARMACEUTICALS,
INC. (formerly known and incorrectly named as "Ortho-
McNeil-Janssen Pharmaceuticals, Inc."); MCKESSON
CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON LAMPARD; KIMBERLY ALBRING; MELANIE CHATELAIN; PAUL CLARK; CHARLES CURRY; DANIELLE FEMINE; SUSAN GALATI; VICTORIA HUFF; BENJAMIN KEMP; MAUREEN NICKOL; KARA POWERS, OLGA SPIEGEL; <br><br> Plaintiff, <br><br> vs. <br><br> JOHNSON & JOHNSON; JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, L.L.C.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; DOES 1- 50; and McKESSON CORPORATION; | Case No.  3:14-CV-04983-VC <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO TRANSFER VENUE** <br><br> *[Filed concurrently with Declaration of Sarah E. Johnston]* <br><br> *[Assigned to Hon. Vince Chhabria]* |

| | |
|---|---|
| | Defendants. |

IT IS HEREBY STIPULATED BY AND BETWEEN THE UNDERSIGNED PARTIES THAT:

1. At a Case Management Conference on February 10, 2015 this Court set a hearing on Defendants' Motion to Transfer Venue for April 2, 2015 at 10:00 a.m. in Dept. 17 of the above-entitled Court, in the following cases:

   a. *Karyn Joy Grossman v. Johnson & Johnson, et al.*, Case No. 3:14-CV-03557-VC[1];

   b. *Simon Lampard, et al. v. Johnson & Johnson, et al.*, Case No. 3:14-CV-04983-VC; and

   c. *Geraldine Beverly v. Johnson & Johnson, et al.*, Case No. 3:14-CV-05246-VC.

2. Following the Case Management Conference, Defendants' counsel learned of a conflict on April 2, 2015 which would prevent attendance at the hearing on April 2, 2015 (*see* Declaration of Sarah E. Johnston at ¶ 3);

3. The Parties agree that the Motion to Transfer Venue can be heard on April 9, 2015 at 10:00 a.m. in ~~Department 17~~ Courtroom 4 of the above-entitled Court, in accordance with Judge Chhabria's civil law and motion rules;

4. No other scheduling modifications have been issued on this Motion, either by stipulation or by Court order.

///
///
///
///
///

---

[1] The instant Stipulation applies to the *Lampard* action, but identical Stipulations will be filed in all three actions.

- 2 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO TRANSFER VENUE

1    IT IS SO STIPULATED.

2

3    Dated:   February 23, 2015                    **BARON & BUDD, P.C.**

4

5                                                   By: /s/ Thomas Sims
                                                        Thomas Sims
6                                                       Attorneys for Plaintiffs

7    Dated:   February 23, 2015                    **BARNES & THORNBURG LLP**

8

9                                                   By: /s/ Sarah E. Johnston
                                                        Alexander G. Calfo
10                                                      Gabrielle J. Anderson-Thompson
                                                        Sarah E. Johnston
11                                                      Attorneys for Defendants
                                                        JOHNSON & JOHNSON; JANSSEN
12                                                      RESEARCH & DEVELOPMENT, LLC;
                                                        JANSSEN PHARMACEUTICALS, INC.;
13                                                      McKESSON CORPORATION

14

15

16              **Attestation Pursuant to Civil Local Rule 5.1(i)**

17       Pursuant to Civil Local Rule 5.1(i), I, Sarah E. Johnston, hereby attest that I have obtained
18   concurrence in the filing of this document from the other signatories to this document.

19       I declare under penalty of perjury under the law of the United States of America that the
     foregoing is true and correct. Executed on February 23, 2015 at Los Angeles, California .
20

21
                                                        /s/ Sarah E. Johnston
22                                                      Sarah E. Johnston

23

24

25

26

27

28

# [PROPOSED] ORDER

Having read and considered the Parties' Stipulation and [Proposed] Order to Continue Hearing on Defendants' Motion to Transfer Venue and accompanying Declaration of Sarah E. Johnston, PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 25, 2015

_____
The Honorable Vince Chhabria
United States District Court Judge